**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
(877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DC DENTAL, INC. d/b/a DC DENTAL, <br><br> Defendant. | Case No.: 3:15-CV-06997-PGS-LHG <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendant DC Dental, Inc. d/b/a DC Dental, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

**PARIS ACKERMAN & SCHMIERER LLP**

SO ORDERED: *Peter M Ahund*
DATED: _5/13/16_

By:   *s/Ross H. Schmierer*
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(T): (973) 228-6667
(F): (973) 629-1246
ross@paslawfirm.com