**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>DC DENTAL, INC. d/b/a DC DENTAL, a Maryland Corporation; DAVID CHARNOWITZ, an individual; and ELIYAHU CIMENT, an individual;<br><br>Defendants. | Case No.: 3:15-cv-06997-PGS-LHG<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendants David Charnowitz and Eliyahu Ciment pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

**PARIS ACKERMAN & SCHMIERER LLP**

By:   *s/Ross H. Schmierer*
      Ross H. Schmierer, Esq.
      103 Eisenhower Parkway
      Roseland, NJ 07068
      (T): (973) 228-6667
      (F): (973) 629-1246
      ross@paslawfirm.com